Florence Black, appellee, v. Warren H. Gleasman, appellant. Gen. No. 8,816.

Opinion filed November 15, 1934.
David D. Madden and Loretta Laden, for appellant. Miller & Thomas, for appellee; Chas. A. Thomas, of counsel.
Mr. Justice Huffman delivered the opinion of the court.